UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,

vs.

18050 W INVESTMENTS LLC,
    Defendant.

Case No: 24-cv-21057-PCH

## **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, EMILIO PINERO, and Defendant, 18050 W INVESTMENTS LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents. The Parties expect to submit appropriate dismissal papers within thirty (30) days.

    Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com

s/ Kenneth L. Minerley
Kenneth L. Minerley, Esq. (FBN: 521840)
   *Attorney for Defendant*
MINERLEY FEIN, P.A.
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432
Phone: 561/362-6699
Fax: 561/447-9884
Fileclerk@minerleyfein.com
Ken@minerleyfein.com